```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

|  |  |
|---|---|
| **LAVITA DAUGHRITY,** | ) |
|  | ) |
|   Plaintiff, | ) |
|  | ) |
| vs. | )   Civil No. 10-cv-2013-P |
|  | )   JURY DEMANDED |
| **JOHN DOE AND** | ) |
| **ALLSTATE INDEMNITY COMPANY,** | ) |
|  | ) |
|   Defendants. | ) |

_____

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE
_____

It appearing to the satisfaction of the Court, that all things and matters in controversy between Lavita Daughrity and Allstate Indemnity Company, have been fully settled and compromised, as evidenced by the signatures hereto of counsel for the respective parties, and that the Plaintiff's case against Defendant should be dismissed with prejudice, and the Defendant's Counter-Complaint should be dismissed with prejudice, with each party to pay their own attorney's fees and bear their own discretionary costs.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** as follows:

1. The Plaintiff's cause of action against the Defendant is hereby dismissed with prejudice.

2. The Defendant's Counter-Complaint is hereby dismissed with prejudice.

3. Each party shall pay their own attorney's fees and bear their own discretionary costs.

4. Defendant Allstate shall be responsible for court costs in the State Court matter under docket number CT-005672-09.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

February 6, 2012
Date

APPROVED FOR ENTRY:

s/ David M. Waldrop
David M. Waldrop    (13079)
Attorney for Allstate Indemnity Company
9032 Stone Walk Place
Germantown, TN 38138
(901) 759-3489

s/ Jerome Payne
Jerome Payne, Esq.
Attorney for Plaintiff
2129 Winchester Road
Memphis, TN 38116

s/ Darrell O'Neal
Darrell J. O'Neal, Esq.
Attorney for Plaintiff
2129 Winchester Road
Memphis, TN 38116